■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT W. COOK, Appellant.—Mikoll, J. Appeal from a judgment of the County Court of Broome County (Monserrate, J.), rendered May 10, 1984, upon a verdict convicting defendant of the crimes of criminal possession of a forged instrument in the second degree and grand larceny in the third degree.

After a jury trial, defendant was convicted of criminal possession of a forged instrument in the second degree and grand larceny in the third degree. Defendant contends on this appeal, *inter alia,* that County Court erred in failing to rule on the record on his omnibus motion, made prior to trial, for a hearing pursuant to *People v Sandoval* (34 NY2d 371). There is no record of such a hearing, or of the court's ruling concerning the use of prior convictions at trial. Defendant did not testify at trial. The " 'absence of a record effectively impedes any review respecting the correctness of the *Sandoval* ruling' " *(People v Culver,* 102 AD2d 924, quoting *People v Henderson,* 95 AD2d 875). Determination of this appeal should

therefore be withheld and the matter remitted for at least an informal hearing to determine the basis for the *Sandoval* ruling so that the same may be reviewed by this court *(see, People v Anderson,* 75 AD2d 988).

Decision withheld, and matter remitted to the County Court of Broome County for a hearing in accordance with the decision herein. Main, J. P., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.